In the Matter of the Arbitration between ACTIVE FABRICS COR-PORATION, Appellant, and ROSEDALE FABRICS, INCORPORATED, Respondent.

Submitted May 16, 1949; decided May 26, 1949.

*Sydney Hut* and *Maurice Danson* for motion.

*Isidor Enselman* and *Paul Abrams* opposed.

Motion denied, without costs on the ground that an appeal lies as of right (Civ. Prac. Act, § 588, subd. 1, cl. [c]).